UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-031** |
| v. | : | |
| **MAHNDEL A. GREEN,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Denise Clark, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    _____
    Denise Clark
    Assistant United States Attorney
    Federal Major Crimes, Bar No. 479149
    555 4th Street, NW,  Room 4840
    Washington, DC 20530
    202-353-8213

Case 1:06-cr-00031-JR    Document 5    Filed 02/09/2006    Page 2 of 2