IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 1:06-cr-31 (JR) |
| MAHNDEL A. GREEN | : | |

BOND REVIEW MOTION

Mahndel Green, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. section 3142(c)(3), to review his bond status in this case and order Mr. Green placed in the high intensity supervision program through the pretrial services agency. In support of this motion counsel states the following:

1. Mr. Green is before the Court charged with one count of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by a term or imprisonment exceeding one year. The alleged offense arises from a traffic stop conducted on January 11, 2006.

2. Following Mr. Green's preliminary/detention hearing on January 17, 2006, Magistrate Judge Robinson ordered Mr. Green held without bond pending trial.

3. The pretrial services agency recommended only "general supervision" for Mr. Green.

4. Mr. Green is a 34 year old man, whose most recent criminal history dates back 7 years. Both of Mr. Green's prior periods of community supervision (probation) appear to have terminated satisfactorily.

5. At the time of his arrest in this case, Mr. Green was not on probation or parole.

6. As was developed at the preliminary/detention hearing in this case, police stopped the car driven by Mr. Green at about 11:20 p.m., on January 11, 2006, in order to check and see if his tint was illegal. In order to check the legality of the tint,

    according to police, two police cars approached Mr. Green's vehicle – one from the rear and one from the front -- in order to block off any way of escape. Thereafter, officers claim to have smelled alcohol from what officers described as the ½ inch liquid contents of an opaque styrofoam cup about 6-8 inches tall. On that basis, police ordered Mr. Green out of his vehicle and patted him down though he had not made any furtive gestures. From Mr. Green's waistband, police recovered the handgun with which he is charged.

7.     The strength of the government's case, and, conversely, the likelihood that any evidence may ultimately be suppressed, is one of the factors this Court should consider in determining appropriate release conditions pending trial.

8.     Mr. Green owns and is employed full time by, the production company he named "Made it Ma" Productions, in honor of his deceased mother. In addition, Mr. Green has owned his own cleaning company for a year and a half.

9.     Mr. Green has substantial ties to the community and poses no risk of flight. He has lived in the suburban Maryland / District of Columbia area his whole life.

10.     Mr. Green's release would not present any danger to the community.

CONCLUSION

    Mr. Green is not a risk of flight and poses no danger to the community. For these reasons Mr. Green asks that the Court place him on high intensity supervision through the pretrial services agency.

                Respectfully submitted,

                _____
                Nikki Lotze
                Roberts & Wood
                6801 Kenilworth Avenue, #202
                Riverdale, MD 20737
                (301) 699-0764

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on this _____ day of February, 2006, to:

AUSA Denise Clark
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

                _____
                Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 1:06-cr-31 (JR) |
| **MAHNDEL A. GREEN** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this

_____ day of _____ 2006, hereby

ORDERED that the motion is granted, and Mr. Green is to be released to the high intensity supervision program pending trial.

_____
JUDGE

cc:  Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Denise Clark
Office of the United States Attorney
555 4th Street NW
Washington, D.C. 20530