UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Crim. No. 06-31 (JR) |
| v. | : |
| | : |
| MAHNDEL A. GREEN, | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

Defendant's Motion for bond review is hereby DENIED.

IT IS SO ORDERED.


Date:_____                       _____
                                                              United States District Judge


cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737