FILED

MAY 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Crim. Action No. 06-0031 (JR) |
| | : |
| MAHNDEL A. GREEN, | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of the supplemental submissions of the parties [12, 13] on the pending motions to suppress [8, 9], it is **ORDERED** that a further evidentiary hearing is set for **May 10, 2006 at 10:00 a.m.** Counsel should come prepared to present evidence or authorities concerning:

- the window tint law of the District of Columbia and the penalties for its violation

- the training of MPD officers with respect to the window tint law

- any general orders, bulletins, manual supplements, or other advisory material issued within the last three years with respect to enforcement of the window tint law

- window tint test equipment acquired by MPD: how many units, where located, how deployed, how and when calibrated, how many officers certified to use it

- for the last 12 months, the number and location by district of window tint stops, window tint

citations, vehicle searches and/or arrests incident to window tint stops

It is **SO ORDERED**.

_____
JAMES ROBERTSON
United States District Judge