IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Case Number: 06-0031** |
| **MAHNDEL GREEN** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE EVIDENTIARY HEARING</u>

Mahndel Green, through undersigned counsel, respectfully moves this Court, to continue his evidentiary hearing in this case. In support of this motion counsel states the following:

1. Mr. Green is before the Court charged with possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for more than one year. The charge relates to the search of the car driven by Mr. Green following a traffic stop on January 11, 2006.

2. An evidentiary hearing in the captioned case is set for May 10, 2006 at 10:00 am.

3. Undersigned counsel is scheduled to begin trial in the United States District Court for the District of Maryland on May 8, 2006 in U. S. v. Karim Mowatt which is expected last three days.

4. Counsel has contacted assigned Assistant United States Attorney Denise Clark, who does not object to this request. Both counsel are available on May 12, 2006 in the afternoon and on May 16, 2006.

WHEREFORE, the defendant requests that this Honorable Court continue the evidentiary hearing set for May 10, 2006.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been mailed first-class postage pre-paid on this _____ day of _____, 2006, to:

AUSA Denise Clark
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530 20770

_____
Nikki Lotze