IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Case Number: 06-0031** |
| **MAHNDEL GREEN** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue Evidentiary Hearing, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for _____.

_____
JUDGE ROBERTSON

cc:  Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Denise Clark
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530