UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-31 (JR)** |
| | : | |
| **v** | : | |
| | : | |
| **MAHNDEL A. GREEN** | : | |

# ORDER

Upon consideration of the Government's Motion to Impeach Defendant with his Prior Convictions, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Amended Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE


copies to:

Denise M. Clark
Assistant U.S. Attorney
Federal Major Crime Section, Rm 4840
555 4th Street, N.W.
Washington, D.C. 20530

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737