Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
 )
vs )  Criminal No.  06-0031
 )
Mahndel A. Green )
 )

## NOTICE OF APPEAL

Name and address of appellant   United States of America

Name and address of appellant's attorney  Roy W. McLeese III
           United States Attorney's Office
           Room 8104
           555 4th Street, NW
           Washington, DC 20530

Offense: 18 U.S.C. 922(g)(1)

Concise statement of judgment or order, giving date, and any sentence

  Order of May 18, 2006, entered in the docket on May 22, 2006, granting defendant
  Green's motion to suppress statements and evidence.

Name and institution where now confined, if not on bail: N/A

  I, the above-named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_____   _____
DATE             APPELLANT

             _____
CJA, NO FEE _____   ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No