## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-0031 (JR) |
| | : | |
| MAHNDEL A. GREEN | : | |
| | : | |
| _____: | | |

## <u>CERTIFICATION</u>

On June 21, 2006, the United States of America noted an appeal from the Court's Order of May 18, 2006, entered in the docket on May 22, 2006, granting defendant Green's motion to suppress statements and evidence. Pursuant to 18 U.S.C. § 3731, the United States hereby certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_____
**KENNETH L. WAINSTEIN**
**United States Attorney**

_____
**ROY W. McLEESE III**
**Assistant United States Attorney**

_____
**THOMAS J. TOURISH, JR.**
**Assistant United States Attorney**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certification has been mailed to counsel for appellee Mahndel A. Green: Ms. Nikki U. Lotze, Roberts & Woods, 6801 Kenilworth Avenue, Riverdale, MD 20737, on this 21st day of June, 2004.

_____
**THOMAS J. TOURISH, JR.**
**Assistant United States Attorney**
**United States Attorney's Office**
**555 Fourth Street, N.W.**
**Washington, D.C.  20530**
**(202) 514-7090**