UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 06-31 (JR) |
| **MAHNDEL GREEN,** | : | |

GOVERNMENT'S MOTION TO DISMISS

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and discharge of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

BY:  /s/
 DENISE M. CLARK
ASSISTANT UNITED STATES ATTORNEY
Bar No. 479149
Federal Major Crimes Section
555 4th Street, N.W., Room 4840
Washington, D.C. 20530
(202) 353-8213