# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3097**                      **September Term, 2005**

06cr00031-01

Filed On:

United States of America,
    Appellant

v.

Mahndel A. Green,
    Appellee

FILED
AUG 28 2006

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 2 5 2006

CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

BY: Nancy G. Dunn
       Deputy Clerk

A True copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk